UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 332 |
| v. | ) | |
| | ) | Judge Susan E. Cox |
| SAUL RODRIGUEZ et al. | ) | |

## PROTECTIVE ORDER

Upon the government's motion for a protective order, it is hereby ORDERED as follows:

1. All materials produced by the government in preparation for, or in connection with, hearings on the government's motions for pre-trial detention in this case, including but not limited to: affidavits, recordings, transcripts and agent logs of intercepted conversations; grand jury transcripts; agency reports; witness statements; memoranda of interview; and any documents and tangible objects produced by the government, shall remain the property of the United States. Upon conclusion of the detention hearings or the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be destroyed or returned to the United States.

2. All materials provided by the United States may be utilized by the defendant and his counsel solely in connection with the detention hearings in this case and for no other purpose and in connection with no other proceeding. The materials and any of their contents shall not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, persons assisting in the defense, or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense

1

counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the defendant's counsel, and persons employed to assist the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

3. The materials, subject to the further restriction in paragraph 4, shall not be copied or reproduced except so as to provide copies of the material for the use by each defense lawyer such persons as are employed by them to assist in the defense and such copies and reproductions shall be treated in the same manner as the original matter.

4. Defense counsel shall not copy grand jury transcripts produced by the United States, nor shall defense counsel leave any grand jury transcripts produced by the United States with defendant. Defense counsel may review and discuss grand jury transcripts with defendant.

5. The restrictions set forth in this order do not apply to documents that are public record, including but not limited to, trial transcripts, documents that have been received in evidence at other trials, or documents that are otherwise in the public domain.

5. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

*[signature]*

SUSAN E. COX
United States Magistrate Judge

Date: 4-28-09