UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    *Plaintiff,* )<br>  v. )<br>     )<br>HECTOR URIARTE, )<br>    *Defendant.* ) | 09 CR 332<br>Honorable Joan B. Gottschall |

## LIST OF EXHIBITS

**Exhibit 1** – Letter from Brenda Zavaleta, sister

**Exhibit 2** – BOP records

**Exhibit 3** – Report of Jeffrey Fagan, Ph.D.

**Exhibit 4** – Letter from Yvette Zavaleta, sister

**Exhibit 5** – Letter from Brenda Lozano, former sister-in-law

**Exhibit 6** – Letter from Ernesto Ramirez, brother-in-law

**Exhibit 7** – Letter from Angel Ramirez, nephew

**Exhibit 8** – Letter from Vanessa Uriarte Andrade, niece

**Exhibit 9** – Letter from Sylvia Uriarte, sister-in-law

**Exhibit 10** – Letter from M.U., second daughter

**Exhibit 11** – Letter from R.U., youngest daughter