**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  *Plaintiff,* )<br> v. )<br> )<br> **HECTOR URIARTE,** )<br>  *Defendant.* ) | **09 CR 332**<br>**Honorable Joan B. Gottschall** |

**LIST OF EXHIBITS**

**Exhibit 1 – Defendant, Jorge Uriarte's Sentencing Memorandum**

**Exhibit 2 – Transcript, Sentencing of Jorge Uriarte**

**Exhibit 3 – Transcript, Sentencing of Hector Uriarte**