**RECEIVED**
JUL 19 2023
JUDGE JOAN B. GOTTSCHALL

**FILED**
JUL 19 2023
JUDGE JOAN B. GOTTSCHALL
U.S. District Court Judge

Julio Rendon
3842 N Tilden St.
Visalia, CA. 93291

Re: Hector Uriarte #22760-424

Date: July 7, 2023

To: Honorable Judge Joan B. Gottschall

My name is Julio Rendon, and I am the eldest first cousin of Hector Uriarte from his mom's side of the family. It is for this reason that I wrote this letter to you. Hector and I both grew up in Southside Chicago and we stayed close to each other until I moved to California. After my move to California, it was not easy to keep in touch regularly with family during those times like it is now with social media and cell phones. I was both troubled and surprised to hear about his case as these were not the actions, I could have not imaged Hector would be capable of doing so but the courts have proven his guiltiness and in the courts I trust. I understand the seriousness of the guilty charges brought upon him, however, hope the courts will show some leniency.

Hector was raised by his mom and his abusive stepfather who was an alcoholic & a known illegal drugs user. To my knowledge his stepfather regularly physically & mentally abused Hector's mom. These actions against his mom were very upsetting to Hector and may have led him to make multiple inexcusable bad decisions which eventually drove him where he stands now.

I had the privilege to regularly visit Hector while he was stationed at the FCI Mendota, CA. Facility. It was there where he and I were able to have long deep conversations about his pass mistakes and current rehabilitation. He opened to me and mentioned how deeply he regrets surrounding himself with those people he called friends but blames only himself and all he can do now is become a better citizen and lead by example. Once he completes his sentencing, he plans to open a Youth Center for troubled teens & young men in the Chicago area. He believes he can educate young lives into not making similar bad decisions like he once did. Most importantly he wants to be reunited with his daughters and gain their love and trust again as well as their forgiveness for not being there all these years he's been incarcerated.

Thank you,

Julio Rendon

*[signature]*

Julio Rendon
3842 N. Tilden St.
Visalia, Ca. 93291

**FILED**

JUL 19 2023

JUDGE JOAN B. GOTTSCHALL
U.S. District Court Judge



**RECEIVED**

JUL 19 2023

**JUDGE JOAN B. GOTTSCHALL**

09 CR 332



Honorable Joan B. Gottschall

219 S. Dearborn

Chicago, IL 60604